STATE OF CONNECTICUT *v.* EDWARD VINES

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 751 (AC 20224), is granted, limited to the following issues:

"1. Should this court determine, in the exercise of its supervisory power over the administration of criminal justice, that a trial judge may not absent himself from the courtroom during the playback of testimony?

"2. If the answer to the first question is 'yes,' should this conviction be reversed?"

The Supreme Court docket number is SC 16852.

*Donald D. Dakers*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.